IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01032-RPM

EUGENE E. BAKER TRUST,
NORMA JEAN BAKER TRUST,

        Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,

        Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

        The plaintiffs filed their complaint in this civil action on June 6, 2005, alleging diversity of citizenship jurisdiction under 28 U.S.C. § 1332. On July 12, 2005, the defendant filed a motion to dismiss, challenging jurisdiction and seeking to avoid jurisdiction by application of the doctrine of *forum non conveniens*, asserting that this action should be in state court. The plaintiffs filed an amended complaint on July 21, 2005, which satisfies the requirement of jurisdiction by alleging that the trustees of the plaintiff trusts are citizens of Oklahoma, *Navarro Sav. Ass'n v. Lee, 446 U.S. 458, 464 (1980).* The application of the doctrine of *forum non conveniens* in the matter suggested by the defendant would defeat the very purpose of diversity jurisdiction which is to give the citizens of another state the opportunity to avoid the state court. Accordingly, it is

ORDERED that the motion to dismiss is denied.

DATED: November 9, 2005

              BY THE COURT:

              s/Richard P. Matsch

              _____
              Richard P. Matsch, Senior District Judge