IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-01032-RPM

EUGENE E. BAKER TRUST,
NORMA JEAN BAKER TRUST,

                              Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,

                              Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Defendant's Motion to Withdraw Motion for Leave to Amend Answer to Add Additional Counterlaim (Doc. # 34) is granted.

Dated:  January 23, 2006