IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01032-RPM-MJW

**EUGENE E. BAKER TRUST**,
**NORMA JEAN BAKER TRUST**,

Plaintiffs,

v.

**TOWN OF LAKE CITY, COLORADO**,

Defendant.

### ORDER RE: UNOPPOSED MOTION TO MODIFY DEADLINES IN SCHEDULING ORDER

THIS MATTER comes before the Court upon Defendant's Unopposed Motion to Modify Deadlines in Scheduling Order. The Court having reviewed the same and being duly apprised in the premises;

DOTH ORDER that Defendant's motion be and hereby is GRANTED. The following deadlines in the Scheduling Order are hereby extended as follows:

a. Discovery Cut-Off Date extended from October 13, 2006 to December 13, 2006.

b. Dispositive Motion Deadline be extended from November 17, 2006 to January 17, 2007; and

c. Rebuttal experts from September 18, 2006 to October 6, 2006.

DATED this 8th day of September, 2006.

BY THE COURT

s/ Richard P. Matsch

_____
Richard P. Matsch
United States District Judge