**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          November 28, 2006
Courtroom Deputy:   Bernique Abiakam
FTR Technician:        Kathy Terasaki

_____

_

Civil Action No. 05-cv-01032-RPM                    Counsel:

EUGENE E. BAKER TRUST, and
NORMA JEAN BAKER TRUST,                            Herbert C. Phillips

        Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,                      Anthony Melonakis

        Defendant.

---

### COURTROOM MINUTES

---

**Motions Hearing**

**1:55 p.m.        Court in Session.**

Court calls case.  Appearances of counsel.

Preliminary remarks/observations and case review by the Court.

Argument by Mr. Phillips.  Questions by the Court.

Argument by Mr. Melonakis.  Questions by the Court.

Counsel will be contacted by chambers to schedule a pretrial conference.

**ORDERED:        Plaintiffs' Motion In Limine To Exclude Expert Testimony of Martin A.
                 Froehlich and Tara J. Lambert or, In The Alternative, For Leave to Endorse
                 Rebuttal Expert Appraisal Testimony (Filed 10/16/06; Doc. No. 60)** is
                 GRANTED as specified regarding the Court's ruling on the measure of damages
                 and that the value of the property can be stipulated.

**2:14 p.m.        Court in Recess.**

Senior District Judge Richard P. Matsch
05-M-64 - Courtroom Minutes
Page 2

Total time - 19 minutes.  Hearing concluded.