IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01032-RPM

EUGENE E. BAKER TRUST,
NORMA JEAN BAKER TRUST,

       Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,

       Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing convened on November 28, 2006, it is

ORDERED that a pretrial conference is scheduled for **February 23, 2007, at**

**10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply

with the Instructions for Preparation and Submission of Final Pretrial Order which may

be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered

in paper form directly to chambers by **February 15, 2007.**

DATED: November 30th , 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge