IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01032-RPM

EUGENE E. BAKER TRUST,
NORMA JEAN BAKER TRUST,

        Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,

        Defendants.

_____

ORDER SETTING TRIAL DATE

_____

Pursuant to the Pretrial Conference on February 23, 2007, it is

ORDERED that this matter is set for trial to the Court on **September 10, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.   Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: February 26, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge