**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:            August 7, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:  Kathy Terasaki

_____

Civil Action No. 05-cv-01032-RPM

EUGENE E. BAKER TRUST, and                          Herbert C. Phillips
NORMA JEAN BAKER TRUST,

    Plaintiffs,

v.

TOWN OF LAKE CITY, COLORADO,                        Anthony Melonakis

    Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**9:55 a.m.      Court in session.**

Plaintiffs present.

Court's preliminary remarks.

9:57 a.m.     Argument by Mr. Melonakis.

10:07 a.m.    Argument by Mr. Philips.

10:21 a.m.    Rebuttal argument by Mr. Melonakis.

**ORDERED:   Defendant's Motion for Summary Judgment, filed February 20, 2007 [81], is denied.**

**10:24 a.m.     Court in recess.**          Hearing concluded.  Total time in court: 29 min.