IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Richard P. Matsch**

Civil Action No. 05-cv-01032-RPM-MJW

**EUGENE E. BAKER TRUST**,
**NORMA JEAN BAKER TRUST**,

Plaintiffs,

v.

**TOWN OF LAKE CITY, COLORADO**,

Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' stipulated motion for dismissal with prejudice.  The Court having reviewed the same, and being duly advised in the premises;

DOTH ORDER that said motion be and hereby is GRANTED.  All claims that were asserted or could have been asserted in this action are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his own attorney fees and costs.

DATED this 12th day of October, 2007.

BY THE COURT

s/ Richard P. Matsch

_____
Richard P. Matsch
United States District Judge